MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:   Andrea & Sondra Fruzzetti

Chapter 7

Case No. 09-35892

Please Check One:

____   Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank, N.A.<br>PO Box 5229<br>Cincinnati, OH 45201 | 10 | $625.94 | $3.47 |

Date: January 6, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475